UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
)
          Petitioner, )
)
v. )   M.B.D. No. 05-10253
)
RENEE ZARTHAR, )
)
          Respondent. )

## ORDER TO SHOW CAUSE

Upon the Petition, the Exhibit(s) attached thereto, including the Declaration of Nasawania T. Ranatou, Revenue Officer of the Internal Revenue Service, and upon the motion of Michael Sullivan, United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent appear before the District Court of the United States for the District of Massachusetts, in that branch thereof presided over by the undersigned, in courtroom # __24__ in the United States Courthouse in __Boston__ on the __25__ day of __October__, 200_5_, at __3:00__ P M, to show cause why she should not be compelled to obey the Internal Revenue Service Summons served upon her on September 10, 2004. It is further

ORDERED that a copy of this Order, together with the Petition and Exhibit(s) thereto, be personally served upon Renee Zarthar on or before __August 22__, 200_5_.
It is further

ORDERED that within five days of service of copies of this Order, the Petition and Exhibit(s), the respondent shall file and serve a written response to the Petition.

DATED at __Boston__, Massachusetts on this __21__ day of __July__, 200_5_.

UNITED STATES DISTRICT JUDGE

_Joyce London Alexander_
UNITED STATES MAGISTRATE JUDGE