UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>v.<br><br>RENEE ZARTHAR,<br>Respondent. | M.B.D. No. 05-10253-JLA |

## ORDER ENFORCING INTERNAL
## REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Joyce London Alexander for hearing on October 25, 2005 and the respondent, Renee Zarthar, not having shown any cause why she should not obey the Summons issued to her on September 10, 2004:

IT IS ORDERED that Renee Zarthar obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Nasawania T. Ranatou or any other officer of the Internal Revenue Service authorized to examine the records and take her testimony on or before __October 31__, 2005 at __9:00__ AM /PM at the office of the Internal Revenue Service, 1250 Hancock Street, Suite 503S, Quincy, MA 02169, Tel. #(617) 472-2137. Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

_____
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

Dated: October 25, 2005