UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
            Petitioner,             )
                                    )
v.                                  )    M.B.D. No. 05-10253-JLA
                                    )
RENEE ZARTHAR,                      )
            Respondent.             )
_____)

**MOTION TO WITHDRAW PETITION
TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court.

On October 25, 2005, this court entered an Order Enforcing Internal Revenue Service Summons for the respondent to appear before Revenue Officer Nasawania T. Ranatou on October 31, 2005.

On October 31, 2005, the respondent appeared before the Revenue Officer and in responding, exercised her rights under the Fifth Amendment of the U.S. Constitution.

-2-

The petitioner now seeks to withdraw its petition because the respondent, Renee Zarthar, has complied in part with this court's Order of October 25, 2005, and the Internal Revenue Service does not wish to pursue this matter any further.

                                              Respectfully submitted:

                                              MICHAEL J. SULLIVAN,
                                              United States Attorney


                                  By:  /s/Patricia M. Connolly
                                     PATRICIA M. CONNOLLY
                                     Assistant U.S. Attorney
                                     John Joseph Moakley U.S. Courthouse
                                     1 Courthouse Way - Suite 9200
                                     Boston, MA  02210
                                     (617) 748-3282


<u>CERTIFICATE OF SERVICE</u>

      This is to certify that I have this day served upon the parties of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:  Renee Zarthar, 14 Churchill Place, Dedham, MA  02026.

                                        /s/ Patricia M. Connolly
                                       ASSISTANT UNITED STATES ATTORNEY

Dated: November 1, 2005